**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 236 MAL 2019
                                :
                  Respondent    :
                                : Petition for Allowance of Appeal from
                                : the Order of the Superior Court
        v.                      :
                                :
                                :
DALLAS RAY VAVRA,               :
                                :
                  Petitioner    :

## ORDER

**PER CURIAM**

AND NOW, this 22nd day of October, 2019, the Petition for Leave of Court to File *Pro se* Petition for Habeas Corpus Application for Relief for the Appointment of Appellant [sic] Counsel, Application for Leave of Court to File Motion to Vacate Defendant's Conviction and Sentencing for Lack of Jurisdiction, and Petition for Allowance of Appeal are **DENIED**.